FILED
2022 Apr-29 PM 02:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 11

# Attachment 10

```
 SERA4  542.22  *        SENTENCE MONITORING           *      04-28-2022
PAGE 001         *          GOOD TIME DATA             *      12:34:55
                        AS OF   04-28-2022


REGNO...: 28576-509    NAME: STEWART, ROBERT S JR
ARS 1...: CMY A-HC SENT                                PLRA
COMPUTATION NUMBER..: 010               FUNC..: DIS    ACT DT:
LAST UPDATED:  DATE.: 01-20-2022        FACL..: DSC    CALC: AUTOMATIC
UNIT................:                   QUARTERS............:
DATE COMP BEGINS....: 07-28-2021        COMP STATUS.........: COMPLETE
TOTAL JAIL CREDIT...: 20                TOTAL INOP TIME.....: 0
CURRENT REL DT......: 04-07-2023 FRI    EXPIRES FULL TERM DT: 04-07-2023
PROJ SATISFACT DT...: 10-20-2022 THU    PROJ SATISF METHOD..: FSA REL
ACTUAL SATISFACT DT.:                   ACTUAL SATISF METHOD:
DAYS REMAINING......:                   FINAL PUBLC LAW DAYS:
GED PART STATUS.....:                   DEPORT ORDER DATED..:


-------------------------GOOD CONDUCT TIME AMOUNTS---------------------------

   START       STOP      MAX POSSIBLE TO    ACTUAL TOTALS    VESTED    VESTED
   DATE        DATE       DIS     FFT        DIS    FFT     AMOUNT     DATE
 07-08-2021  07-07-2022    54


G0002       MORE PAGES TO FOLLOW . . .
```

```
 SERA4   542.22 *            SENTENCE MONITORING            *      04-28-2022
PAGE 002 OF 002 *              GOOD TIME DATA               *       12:34:55
                           AS OF   04-28-2022


REGNO...: 28576-509    NAME: STEWART, ROBERT S JR
ARS 1...: CMY A-HC SENT                                   PLRA
COMPUTATION NUMBER..: 010                 FUNC..: DIS    ACT DT:
LAST UPDATED:  DATE.: 01-20-2022          FACL..: DSC      CALC: AUTOMATIC


-------------------------GOOD CONDUCT TIME AMOUNTS--------------------------

  START         STOP        MAX POSSIBLE TO     ACTUAL TOTALS    VESTED      VESTED
  DATE          DATE         DIS     FFT         DIS     FFT     AMOUNT      DATE
07-08-2022   04-07-2023       40


     TOTAL EARNED AMOUNT............................................:       0
     TOTAL EARNED AND PROJECTED AMOUNT..............................:      94




G0005           TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```