UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ROBERT S. STEWART, JR., | ) |
| Petitioner, | ) ) ) |
| v. | ) )   Case No. 1:22-cv-00294-MHH-JHE |
| UNITED STATES OF AMERICA, et al., | ) ) ) |
| Respondents. | ) ) |

### ORDER

This is a habeas corpus case filed pursuant to 28 U.S.C. § 2241.  In response to the court's show cause order (doc. 2), the respondents have filed an Answer seeking the dismissal of the petition without an evidentiary hearing.  (Doc. 11).  The purpose of this order is to notify the petitioner that the court deems this case to be ripe for summary disposition on the basis of the defenses in the Answer.  *See McBride v. Sharpe*, 25 F.3d 962 (11th Cir. 1994).  For this reason, it is **ORDERED** that the petitioner must file a reply addressing the defenses in the Answer within **21 days.**

In preparing a reply, the petitioner must follow these directions:

1. The court will consider only the claims in the petition.  The reply is not an opportunity to amend the petition to state new claims.  Similarly, the petitioner does not need to restate claims in the reply that he already included in the petition.

2. The petitioner may choose to offer affidavits or other evidence establishing specific facts demonstrating that there is a genuine dispute of material fact.  The court will consider only the evidence received within the next 21 days absent good cause for the delay.

3. If the petitioner offers an unsworn declaration in support of his claims, he must sign the declaration and declare under penalty of perjury that the information in the declaration is true and correct. *See* 28 U.S.C. § 1746.

4. The petitioner must file his entire reply and supporting evidence at one time. If he attempts to reply in piecemeal fashion by filing one document at a time, the court may strike these filings without further notice.

5. Even if he does not offer new evidence, the petitioner must respond to each of the Answer's legal arguments for dismissal.

After this deadline, the court will review the Answer, any reply, and all supporting evidentiary materials in deciding whether to recommend the dismissal of the claims in the petition. If the petitioner does not file a reply with evidence supporting the petition, the court may accept as true the facts in the respondents' affidavits and other supporting evidence, find that there are no genuine disputes of material fact, and enter a summary dismissal of the claims in the petition without further notice. A summary dismissal is a final adjudication on the merits.

DONE this 29th day of April, 2022.

_____
**JOHN H. ENGLAND, III**
UNITED STATES MAGISTRATE JUDGE