# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| ROBERT S. STEWART, JR., | ) |
| Petitioner, | ) ) |
| v. | ) Case No.: 1:22-cv-294-MHH-JHE |
| WARDEN SEAN SNIDER, | ) ) |
| Respondent. | ) ) |

## FINAL ORDER

Consistent with the memorandum opinion recently entered in this matter, the Court grants Mr. Stewart's petition for writ of habeas corpus. The Respondent shall award Petitioner Robert S. Stewart, Jr. all credit earned between the BOP's December 25, 2021 calculation and April 28, 2022, and the Respondent shall reevaluate Mr. Stewart's earned credit time at regular intervals not to exceed every 60 days until the implementation of the automated system.

Costs are taxed as paid.

**DONE** and **ORDERED** this June 6, 2022.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE