Romney Ellis
FMC Lexington / 17476-028
P.O. Box 14500
Lexington, Ky 40512

2022 AUG 29 P 1:06

U.S. Clerk of the District Court
1729 5th Ave. N.
140 Hugo Black Courthouse
Birmingham, Alabama 35203

U.S. DISTRICT COURT
N.D. OF ALABAMA

Dear Clerk of Court

If it is at all possible, may I please receive a full copy of the following 28 U.S.C. 2241 filings please!?

Robert S. Stewart, Jr., Petitioner v. Warden Sean Snider, Respondent
U.S. District Court for the Northern District of Alabama, Eastern Division
2022 U.S. Dist. Lexis 100512
Case No. 1:22-cv-00294-MHH-JHE
May 10, 2022, Filed & Decided

I would like to review Mr. Stewart's 28 USC 2241 petition for a writ of habeas corpus writings.

Thank You - Respectfully

Romney C. Ellis
8/25/22