FILED
2022 Dec-19 PM 03:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

Romney C. Ellis
FMC Lexington / 17476-028
P.O. Box 14500
Lexington, Ky. 40512

U.S. District Court Clerk
140 Hugo Black Courthouse
1729 5th Ave. North
Birmingham, Alabama 35203

RE: Stewart v. Snider 2241
1:22-cv-00294-MHH-JHE

Dear Clerk

A few months ago I wrote your office requesting to purchase the filing documents for the Robert S. Stewart Jr. v. Warden Sean Snider, Case No. # 1:22-cv-00294-MHH-JHE. I am interested in receiving Mr. Snider's 2241 filing documents that involved his FSA credits. You did send me a formal payment schedule of each document, and that was great.

Can you please resend the payment schedule to me please - I am ready to make my purchase and I inadvertently mailed out that letter and fee doc you sent me.

I appreciate your time and help.

Cordially

[signature]   12/12/22